**Opinion issued March 7, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————

**NO. 01-12-00743-CV**

———————————

**IN RE WYDELL DIXON & ALL ANIMALS, ALIVE, UNBORN & DECEASED, Relator**

———————————————————————————————————

**Original Proceedings on Petitions for Writs of Mandamus and Prohibition**

———————————————————————————————————

**MEMORANDUM OPINION** [1]

By petitions for writ of mandamus, relator, Wydell Dixon, seeks relief from the trial court's judgment of May 29, 2012.

We **DENY** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

---

[1]     The underlying case is *Texas City Animal Control v. Wydell Dixon*, No. CV-67387 in the County Court at Law No. 3 of Galveston County, Texas, the Hon. Christopher Dupuy, presiding.